THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
MANHATTAN EGG COMPANY, INC., Appellant.

Argued October 16, 1951; decided December 6, 1951.

*Joseph M. Lonergan* for appellant.

*Denis M. Hurley, Corporation Counsel (Samuel D. Johnson* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.